United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARREL W JERNIGAN,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>      Defendant. | CIVIL NO. 3:11-cv-5710-RBL-JRC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE REPLY BRIEF |

Based on Plaintiff's Motion for Extension of Time to File Reply Brief and Defendant not opposing the motion, it is now, hereby,

ORDERED that Plaintiff's Reply Brief shall be filed on or before March 8, 2012. Oral argument, if desired, shall be requested by March 15, 2012.

DATED this 22nd day of February, 2012.

_____

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME
TO FILE REPLY BRIEF – [3:11-cv-5710-RBL-JRC] - 1